■ The People of the State of New York, Respondent, v. George Albanese, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, entered March 22, 1963, which denied after a hearing his application to vacate a judgment of the former County Court, Kings County, rendered August 7, 1958 on his plea of guilty, convicting him of robbery in the second degree, unarmed, and imposing sentence. Defendant claimed, in substance, that at the time he pleaded guilty he was in such a mental condition as to be unable to understand the charges against him or to confer with counsel in making a defense to those charges, of which he was innocent. In denying defendant's application, the trial court found that defendant had failed to sustain his burden of proof by a fair preponderance of the credible evidence. Order affirmed. (Cf. *People* v. *Chait,* 7 A D 2d 399, affd. 6 N Y 2d 855; *People* v. *Wolfson,* 9 A D 2d 940; *People* v. *Murphy,* 20 A D 2d 222, cert. den., 377 U. S. 971.) Beldock, P. J., Ughetta, Brennan, Hill and Hopkins, JJ., concur.

■ Jean Gutman, Appellant, v. William Gutman, Respondent.— In a separation action, motion by appellant to compel respondent to pay her counsel fees and disbursements on her pending appeals. Motion denied, without prejudice to a similar application at Special Term. (*Rosenzweig* v. *Rosenzweig* [2d Dept., Feb. 14, 1956].) Brennan, Acting P. J., Hill, Rabin, Hopkins and Benjamin, JJ., concur.

■ The People of the State of New York, Respondent, v. Joseph Sylvester, Appellant.— Motion by appellant to reverse a judgment of the Supreme Court, Kings County, rendered November 7, 1963; or in the alternative to remand the action to the trial court for a hearing. Upon the consent of the District Attorney, motion granted to the extent of remanding the action to the trial court for a hearing and determination on the issue of appellant's contention that he was denied due process and his right to a speedy trial. In all other respects motion denied. Beldock, P. J., Ughetta, Christ, Brennan and Hill, JJ., concur.